```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
NOLDI NAGY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-00235-KJM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| NOLDI NAGY, | Date: August 11, 2011 |
| | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Kimberly J. Mueller |

The parties request that the status conference in this case be continued from August 11, 2011, to August 25, 2011 at 10:00 a.m. They stipulate that the time between August 11, 2011 and August 25, 2011 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, counsel needs additional time to negotiate a resolution to this matter. Additionally, Assistant United States Attorney Jill Thomas is out on military leave until August 8, 2011. The parties stipulate and agree that the interests of justice served by granting this continuance

1  outweigh the best interests of the public and the defendant in a speedy
2  trial. 18 U.S.C. §(7)(B)(iv).
3  Dated: August 1, 2011                    Respectfully submitted,
4                                           DANIEL BRODERICK
                                            Federal Defender
5
6                                           /s/ Douglas Beevers
                                            ─────────────────────────────
7                                           DOUGLAS BEEVERS
                                            Assistant Federal Defender
8                                           Attorney for Defendant
                                            NOLDI NAGY
9
10 Dated: August 1, 2011                    BENJAMIN B. WAGNER
                                            United States Attorney
11
12                                          /s/ Jill Thomas
                                            ─────────────────────────────
13                                          JILL THOMAS
                                            Assistant United States Attorney
14                                          Attorney for Plaintiff

15                                   **ORDER**

16     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
17 ordered that the status conference presently set for August 11, 2011 is
18 continued to August 25, 2011, at 10:00 a.m.  Based on the representation
19 of counsel and good cause appearing therefrom, the Court hereby finds
20 that the ends of justice to be served by granting a continuance outweigh
21 the best interests of the public and the defendant in a speedy trial.  It
22 is ordered that time from the date of this Order, to and including, the
23 August 25, 2011, status conference shall be excluded from computation of
24 time within which the trial of this matter must be commenced under the
25 Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code
26 T-4.
27 DATED: August 1, 2011.                   _____
                                            UNITED STATES DISTRICT JUDGE
28