1 BENJAMIN B. WAGNER
United States Attorney
2 JILL THOMAS
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California 95814
4 Telephone: (916) 554-2781

5

6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   2:11-CR-00235-KJM
                                  )
12            Plaintiff,          )
                                  )   PRELIMINARY ORDER OF FORFEITURE
13      v.                        )
                                  )
14 NOLDI NAGY,                    )
                                  )
15            Defendant.          )
   _____)

16

17     Based upon the plea agreement entered into between plaintiff

18 United States of America and defendant Noldi Nagy, it is hereby

19 ORDERED, ADJUDGED, AND DECREED as follows:

20     1.  Pursuant to 21 U.S.C. § 853(a), defendant Noldi Nagy's

21 interest in the following property shall be condemned and

22 forfeited to the United States of America, to be disposed of

23 according to law:

24          a. 2007 Volvo Truck, Model VNL64T-880, License Number
               P98125, VIN: 4V4LC9TJ57N455537.
25

26     2.  The above-listed property was used, or intended to be

27 used, in any manner or part, to commit, or to facilitate the

28 commission of a violation of 21 U.S.C. § 841(a)(1).

                                1

1    3.   Pursuant to Rule 32.2(b), the Attorney General (or a

2  designee) shall be authorized to seize the above-listed property.

3  The aforementioned property shall be seized and held by the U.S.

4  Customs and Border Protection, in its secure custody and control.

5    4.   a.   Pursuant to 21 U.S.C. § 853(n) and Local Rule 171,

6  the United States shall publish notice of the order of

7  forfeiture.  Notice of this Order and notice of the Attorney

8  General's (or a designee's) intent to dispose of the property in

9  such manner as the Attorney General may direct shall be posted

10  for at least 30 consecutive days on the official internet

11  government forfeiture site www.forfeiture.gov.  The United States

12  may also, to the extent practicable, provide direct written

13  notice to any person known to have alleged an interest in the

14  property that is the subject of the order of forfeiture as a

15  substitute for published notice as to those persons so notified.

16    b.   This notice shall state that any person, other than

17  the defendant, asserting a legal interest in the above-listed

18  property, must file a petition with the Court within sixty (60)

19  days from the first day of publication of the Notice of

20  Forfeiture posted on the official government forfeiture site, or

21  within thirty (30) days from receipt of direct written notice,

22  whichever is earlier.

23    5.   If a petition is timely filed, upon adjudication of all

24  third-party interests, if any, this Court will enter a Final

25  ///

26  ///

27  ///

28  ///

1  Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all

2  interests will be addressed.

3      SO ORDERED this 3rd day of November 2011.

4

5  _____

6  UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28